E. E. Ropes, Appellant, v. W. P. Sutcliffe, Appellee.

Division A.

Appeal from Circuit Court, Volusia county; Minor S. Jones, Judge.

E. E. Ropes for appellant.

I. A. Stewart and Egford Bly for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam*.